AO 93 (Rev. 5/85) Search Warrant

# United States District Court

Southern **DISTRICT OF** California

FILED
2007 OCT 19 PM 2:49
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ lo _____DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail parcel # EB740695614US addressed to Sylvia Macias, 5310 Auburn Dr., San Diego, CA 92105. The parcel listed the return information of James Canady, 2816 W Fonddulac Ave, Milwaukee, WI 53210 | **SEARCH WARRANT**<br><br>CASE NUMBER: '07 MJ 2503 |

TO:    Ana L. Flores, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by    Ana L. Flores    who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail parcel # EB740695614US addressed to Sylvia Macias, 5310 Auburn Dr., San Diego, CA 92105. The parcel listed the return information of James Canady, 2816 W Fonddulac Ave, Milwaukee, WI 53210 which is in the custody of the U.S. Postal Inspection Service.

in the Southern    District of California    there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 10/26/07
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~(in the daytime — 6:00 A.M. to 10:00 P.M.)~~ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to    WILLIAM McCURINE, JR.
                                                                                       U. S. Judge or Magistrate
as required by law.

10/16/07, 1040 hrs                                    at    San Diego, CA
Date and Time Issued                                       City and State

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE** U.S. Magistrate Judge          /s/ McCurine
Name and Title of Judicial Officer                         Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED 10-16-07 | DATE AND TIME WARRANT EXECUTED 10-16-07  11:15 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH USPS |
| INVENTORY MADE IN THE PRESENCE OF US Postal Inspectors A. Flores and K. Cain |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Express Mail parcel #EB740695614US contained a Greyhound ticket envelope which contained three Greyhound Bus tickets bearing the names Sylvia Macias, Sarah Williams and James Williams. The tickets were for bus route 6318 departing from San Diego, CA destined for Milwaukee, WI. All items were returned to the US mails to further the investigation.

10-16-07

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Reales_

Subscribed, sworn to, and returned before me this date.

_WM Curran Jr._   10/19/07
U.S. Judge                Date